UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALETHEA O'TOOLE,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>HUNTER J. O'TOOLE,<br><br>    Plaintiff,<br><br> v.<br><br>NICKELODEON ANIMATION STUDIO, INC.; et al.,<br><br>    Defendants - Appellees. | No. 25-6720<br><br>D.C. No. 2:24-cv-10996-MRA-SK<br>Central District of California, Los Angeles<br><br>ORDER |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

After considering the response to the court's November 26, 2025 order, we deny the supplemented motion to proceed in forma pauperis (Docket Entry No. 3) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**